# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA

### CLERK'S MINUTES

| | |
|---|---|
| CASE NO.: 1:20mj019 | DATE: May 15, 2020 |
| UNITED STATES OF AMERICA | TIMES: 10:06 - 11:36 |
| V. | |
| Oludare Oluwabusi | |

| | |
|---|---|
| **Honorable:** Brian K. Epps, United States Magistrate Judge | **Courtroom Deputy:** Courtnay Capps |
| **Court Reporter:** FTR | **Interpreter:** |
| **Probation Officer:** Enoch Eller | **Security:** |

**Attorney for Government:** Tara Lyons

**Attorney for Defendant(s):** Charles Lyons

### PROCEEDINGS: DETENTION HEARING by VIDEO TELECONFERENCE

[✓] All parties present and ready to proceed

**Witness for the Govt:** Special Agent Harold Godbee (FBI)    [✓] Witness sworn

**Witness for the Govt:**    [ ] Witness sworn

**Witness for the Govt:**    [ ] Witness sworn

**Witness for the Deft:** Mary Bryans    [✓] Witness sworn

**Witness for the Deft:** Kurt Anderson    [✓] Witness sworn

[✓] Defendant Detained Pending Trial

[✓] Defendant remanded to custody of USMS

[ ] Defendant granted bond:

Notes:
Defendant waives preliminary hearing.