IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| VS. | * | Criminal No. 1:20-mj-0019 |
| | * | |
| OLUDARE OLUWABUSI | * | |
| DEFENDANT | * | |
| | * | |

## DEFENDANT'S STATEMENT REGARDING APPEARANCE VIA ELECRONIC MEANS

I understand that, due to the national emergency caused by global spread of the coronavirus disease 2019 (COVID-19) the Court has determined proceedings must be conducted electronically by video conference or telephone conference to protect the health and safety of all participants and the public.

I understand my right to appear in person before th Court, and I understand the Court will not conduct proceedings electronically unless I consent.

I understand that, if I do not consent to appearing by electronic means, the Court will not schedule an in-person hearing until it can be conducted without jeopardizing the health and safety of all participants.

I understand my right to refuse consent and insist the hearing be held in person, and I understand the Court will not hold my decision to refuse consent against me.

I hereby consent to the Court conducting by video conference my arraignment. I waive the right to be physically present in the courtroom and consent to my appearance by video conference. In the event video conferencing is not available or becomes unavailable during the hearing, I consent to the Court conducting the hearing by telephone conference and me appearing by telephone.

Signed this 2nd day of June 2020.

_____
Defendant by special permission

_____
Counsel for Defendant

Charles H.S. Lyons, III
Georgia Bar Number 462340
Attorney for Defendant

336 Telfair Street
Augusta, Georgia 30901
706-724-6517
706-724-9954-fax
charleslyonslawoffice@comcast.net

## CERTIFICATE OF SERVICE

This is to certify that I, Charles H.S. Lyons, III, have this day served all parties through their respective counsel in accordance with the notice of electronic filing by filing the foregoing pleading electronically with the Court.

This 2nd day of June 2020.

Respectfully Submitted,

s/Charles H.S. Lyons, III
Charles H.S. Lyons, III
Georgia Bar Number 452340
Counsel for Defendant

336 Telfair Street
Augusta, Georgia 30901
706-724-6517
706-724-9954-fax
charleslyonslawoffice@comcast.net